Filing # 120881037 E-Filed 02/05/2021 09:42:47 AM

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT IN
AND FOR SEMINOLE COUNTY, FLORIDA

ROGER RUNGE,

    Plaintiff,

v.

CASE NO: XXXXXXXXXXXXXXX
2021CA000328

TARGET CORPORATION
a Foreign Profit Corporation,

    Defendant(s)
_____/

## COMPLAINT

### PARTIES

1. Venue is proper in this Court pursuant to §47.011, Florida Statutes.

2. This Court has jurisdiction pursuant to §48.193(1)(a), Florida Statutes, as the Defendants committed tortious acts within the State of Florida.

3. The Plaintiff, **ROGER RUNGE** at all times relevant hereto, is an adult citizen of the State of VIRGINIA and is domiciled in SEMINOLE COUNTY.

4. The Defendant, **TARGET CORPORATION, a Foreign Profit Corporation**, at all times relevant hereto, is:

    (a) a Foreign Profit Corporation established under the laws of the State of FLORIDA and is authorized to do business in this State and is subject to service of process by and through its registered agent: C T CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324.

    (b) the actions hereunto took place in Seminole County, Florida.

### FACTS

- On or about October 2, 2020, Plaintiff entered the Target Department Store located at 4155 West Lake Mary Blvd, Lake Mary, FL 32746.
- As Plaintiff was walking through the store, he went through a section off the main aisle that had infant wear on it and was adjacent to maternity wear, Target identifies that section as P10.
- Plaintiff is about 6 feet tall and wight approximately 220 lbs, as such, he takes big strides he walks.
- As Plaintiff walked through the area, his momentum was going forward, as such, his sandal footwear was grabbed by the section flooring.
- Plaintiff states sandals were not flip flop and were brand new at the time.

# Exhibit 1

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT IN
AND FOR SEMINOLE COUNTY, FLORIDA

- Plaintiff states his right foot dragged the floor for a foot or two and then all of the sudden it was let go.
- Plaintiff was upright initially but when his right foot got held, then he started to turn horizontally and when the right foot was let go of, he got catapulted.
- Plaintiff stated he went outwards about 10 feet and when he came down, his head was the first part of his body to hit the concrete floor.
- Plaintiff states this all happened in seconds, so he had no time to put his arms out in front in order to break the fall.
- Plaintiff landed full force face down with both arms against his chest.
- Plaintiff states that after the impact, he was in extreme pain and could not move his arms or legs at all.
- Plaintiff states that his lips were bleeding, and his teeth had bit down on them.
- Plaintiff states that Target employees responded and over a period of 3 hours they got Plaintiff off of the floor and to his car.
- Plaintiff then drove to his doctor's office to get a CT scan done.
- Plaintiff states that since October 2, 2020 and continuing forward up to present, he has had a number of medical problems.
- Plaintiff states that his medical problems include the following: extreme difficulty walking, cannot run, have problem maintaining balance, have involuntary "spasms" in legs and feet, knees extremely painful, have some numbness of wrists.
- Plaintiff states that since the day of the accident, he has had x-rays done of wrists and knees.
- Plaintiff states he had seen two doctors and have been referred to a neurology for further review.
- Further factual information of this will be obtained during discovery.

## CLAIMS

### COUNT I:
### NEGLIGENCE

"Paragraphs 'I' through 'IV' are expressly incorporated herein by reference".

I.      At all times hereto, Plaintiff was a patron of the Defendant's establishment described herein. At said time and place, Defendant(s) owed the general public, including the Plaintiff, a duty to exercise reasonable care for her safety in the ownership and/or control of the Defendant's establishment. At said time and place, Defendant's premises and grounds resulting in Plaintiff's, **ROGER RUNGE** injury was a direct result of the Defendant's negligence. At said time and place, Defendant knew or should have known of the vicious propensities of the Defendant's negligence of their establishment. Plaintiff, **ROGER RUNGE**, was leaving the establishment of the Defendant's, to return to her vehicle. As a direct result of said Defendant's negligence, Plaintiff, **ROGER RUNGE**, suffered bodily injury in and about her body, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity of enjoyment of life, expenses

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT IN
AND FOR SEMINOLE COUNTY, FLORIDA

of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, **ROGER RUNGE**, demands that this court enters a judgment against Defendants, **TARGET CORPORATION, a Foreign Profit Corporation**, for:

    a.    All direct, consequential, and punitive damages caused by **TARGET CORPORATION, a Foreign Profit Corporation**, outrageous conduct that constitutes COUNT I.

    b.    Such other relief as this court deems just and proper.

## COUNT II:
## GROSS NEGLIGENCE

"Paragraphs 'I' through 'IV' are expressly incorporated herein by reference".

    II.    The Defendant's conduct was so reckless or wanting in care that it constituted a conscious disregard or indifference to the life, safety, or rights of persons exposed to such conduct. The Defendants' gross negligence proximately caused the damages previously described in the Complaint, said damages were foreseeable and the Defendants' conduct causing these damages was attended by malice, willfulness, insult, and abuse, thus entitling the Plaintiff to recover punitive as well as actual damages.

WHEREFORE, Plaintiff, **ROGER RUNGE**, demands that this court enters a judgment against Defendants, **TARGET CORPORATION, a Foreign Profit Corporation**, for:

    a.    All direct, consequential, and punitive damages caused by **TARGET CORPORATION, a Foreign Profit Corporation**, outrageous conduct that constitutes COUNT II.

    b.    Such other relief as this court deems just and proper.

## COUNT III:
## STRICT LIABILITY

"Paragraphs 'I' through 'IV' are expressly incorporated herein by reference".

    III.    At all times material hereto, Plaintiff, was a patron of the establishments of the Defendant's described herein. Defendant(s) are strictly liable for Plaintiff, **ROGER RUNGE's**, damages, pursuant to Chapter 767, Florida Statutes. As a direct and proximate result of said injury, Plaintiff, **ROGER RUNGE**, suffered bodily injury in and about her body, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of

capacity of enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent of continuing or Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, **ROGER RUNGE**, demands that this court enters a judgment against Defendants, **TARGET CORPORATION, a Foreign Profit Corporation**, for:

a. All direct, consequential, and punitive damages caused by **TARGET CORPORATION, a Foreign Profit Corporation**, outrageous conduct that constitutes COUNT III.

b. Such other relief as this court deems just and proper.

## COUNT IV:
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

"Paragraphs 'I' through 'IV' are expressly incorporated herein by reference".

IV. The Defendants' unlawful conduct as previously described in this Complaint, was known to the Defendants to be likely to produce emotional distress in the Plaintiff, and it did in fact produce emotional distress in the Plaintiff. As a direct and proximate result of the Defendants' unlawful conduct the Plaintiff has suffered emotional distress and emotional damage of at least $75,000.00. The Defendants' conduct as previously described was outrageous, wholly without legal or factual justification, was malicious and wanton, and thus entitles the Plaintiff to recover actual and punitive damages as previously described.

WHEREFORE, Plaintiff, **ROGER RUNGE**, demands that this court enters a judgment against Defendants, **TARGET CORPORATION, a Foreign Profit Corporation**, for:

a. All direct, consequential, and punitive damages caused by **TARGET CORPORATION, a Foreign Profit Corporation**, outrageous conduct that constitutes COUNT IV.

b. Such other relief as this court deems just and proper.

## DEMAND FOR RELIEF:

WHEREFORE, the Plaintiffs pray for the following relief:

1. Trial by jury;
2. Judgment for Plaintiff(s) and against the Defendant(s);

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT IN
AND FOR SEMINOLE COUNTY, FLORIDA

3. An award of damages in an amount which will fully and fairly compensate Plaintiff for in excess of $75,000.00.

4. An award of punitive damages in amount which is reasonably and rationally related to the egregiousness of Defendant's conduct, and which is reasonably and rationally related to the financial net worth of the Defendant, and which is in the public interest;

5. Reasonable attorney's fees, costs and expenses;

6. Such other and further relief as may be deemed just and proper in the premises.

*Attorney for Plaintiff*
BENJAMIN BUCK LAW, P.A.


/s/ *Benjamin W. Buck, Jr.*
Benjamin W. Buck, Jr., Esq.
Florida Bar No.: 117639
113 South Monroe St, 1st Fl
Tallahassee, FL 32301
Telephone: (850)-201-7360
Email: ben@benbucklaw.com